1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT MCKREITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN LAKE, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00464-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY PROSECUTE<br><br>[ECF No. 3] |

　　　　Plaintiff Wilbert McKreith is appearing pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

　　　　Plaintiff filed the instant action on April 10, 2019.

　　　　On April 15, 2019, the Court directed Plaintiff to pay the filing fee or submit a complete application to proceed in forma pauperis within forty-five days. Over forty-five days have passed, and Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis.

///
///
///
///
///
///

1

Accordingly, it is HEREBY ORDERED that within **twenty-one (21)** days from the date of service of this order, Plaintiff shall show cause why the instant action should not be dismissed for failure to comply with a court order. Local Rule 110.  <u>Plaintiff is advised that the failure to respond to this order will result in a recommendation to dismiss the action</u>.

IT IS SO ORDERED.

Dated: __**June 10, 2019**__

UNITED STATES MAGISTRATE JUDGE