UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT MCKREITH,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LAKE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00464-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 6] |

Plaintiff Wilbert McKreith is appearing pro se in this civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

On June 17, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///
///
///
///
///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on June 17, 2019.

IT IS SO ORDERED.

Dated: __**June 18, 2019**__

UNITED STATES MAGISTRATE JUDGE